AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Jose Guadalupe RESENDIZ-Camacho** | ) | Case No. |
| | ) | L-26-PO40142 |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 08, 2026** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1325(a)(1) | an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer. |

This criminal complaint is based on these facts:

Furthermore, it is based on verbal statements by, Jose Guadalupe RESENDIZ-Camacho, who admitted to being a citizen of Mexico, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States.  This illegal entry or attempted entry took place on April 08, 2026.

☐ Continued on the attached sheet.

/S/Anthony Guzman

_Complainant's signature_

Anthony Guzman, Border Patrol Agent

_Printed name and title_

Sworn to before me and signed in my presence
Submitted by reliable electronic means
per Fed.R.Crim.P. 4.1, Anthony Guzman
sworn to, signature attested telephonically,
and probable cause found on April 13, 2026,
at 8:30 AM, at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge